Upjohn Company, Appellant, *v.* Chester Discount Health and Vitamin Center, Inc.

Submitted May 24, 1962. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*James F. McMullan, Francis J. Mirante,* and *Clark, Ladner, Fortenbaugh & Young,* and *Hinkson & Cant-lin,* for appellant.

*Samuel M. Tollen,* for appellees.

OPINION PER CURIAM, September 25, 1962:

Appeals dismissed for lack of compliance with Rules of Court. Costs on appellant.